

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00336-CV

Juana Lizeth Rios **PINA**,
Appellant

v.

**SUN LOANS, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00017
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's brief was originally due on January 8, 2021.  Appellant has been granted one previous extension, until February 8, 2021.  On January 28, 2021, appellee filed a second request for a two-week extension, which is unopposed.

The motion is GRANTED and appellee's brief is due **no later than February 22, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court